ELEANOR NICHOLS, Respondent, v DEWITT NICHOLS, Appellant. (Appeal No. 1.) [737 NYS2d 449] —Appeal from a judgment of Supreme Court, Jefferson County (Gilbert, J.), entered April 24, 2001, which directed defendant to pay retroactive maintenance.

der of Supreme Court, Jefferson County (Gilbert, J.), entered November 30, 2000, which denied defendant's motion to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). Present—Pine, J.P., Scudder, Kehoe, Burns and Gorski, JJ.